CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

October, 23 2025

LAURA A. AUSTIN, CLERK
BY:  s/ FELICIA CLARK
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON  DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:21CR00030-003 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JOSEPH T. CARROLL,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Finial Order, it is

**ORDERED** that the Motion to Supplement, Dkt. No. 723, is GRANTED; the

Motion to Dismiss, Dkt. No. 703, is GRANTED; the Motion to Vacate under 28

U.S.C. § 2255, Dkt. No. 673, is DISMISSED; and a Certificate of Appealability is

DENIED.

ENTER:   October 23, 2025

/s/  JAMES P. JONES
Senior United States District Judge